**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7415

JACQUELINE STANTON STEWART, a/k/a Jackie,

Defendant - Appellant,

v.

UNITED STATES OF AMERICA,

Plaintiff - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Jerome B. Friedman, District Judge.  (4:05-cr-00009-WDK-JEB-27)

Submitted: November 20, 2008      Decided: December 1, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jacqueline Stanton Stewart, Appellant Pro Se.  Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Stanton Stewart appeals the district court's order denying relief on her motion for modification sentence, 28 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Stewart, No. 4:05-cr-00009-WDK-JEB-27 (E.D. Va. filed July 7, 2008; entered July 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED